Troy J. CHILDERS, Plaintiff–Appellant,

v.

Judge Larry D. WILLIS, Sr., Chesapeake Juvenile and Domestic Relations District Court, in his official capacity; Mark Herring, Attorney General, Commonwealth of Virginia, Office of the Attorney General, in his official capacity; Craig M. Burshem, Deputy Commissioner, Director of the

Division of Child Support Enforcement, Department of Social Services, in his official capacity, Defendants–Appellees.

No. 15–2515.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

Troy J. Childers, Appellant Pro Se.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy J. Childers appeals the district court's order dismissing his civil complaint without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Childers v. Willis,* No. 2:15–cv–00497–AWA–LRL (E.D.Va. Nov. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

---

gument would not aid the decisional process.

*AFFIRMED.*

Tojuanna Rheunea Brown appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. McAuliffe,* No. 3:15–cv–00542–MHL, 2015 WL 6830594 (E.D.Va. Nov. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*